## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CRAIG STREET,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO. 08-0700-CG-C** |
| | ) |
| **DRURY INNS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The parties having filed a Joint Notice of Resolution (Doc. 58), it is **ORDERED,**

**ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH**

**PREJUDICE,** with each party to bear his or its own costs.  Any party may move for

reinstatement within the next forty-five (45) days should settlement not be consummated.

**DONE and ORDERED** this 17th day of December, 2009.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE